Keith FEICKERT, Plaintiff–Appellant,

v.

J & H MARSH & MCLENNAN, INC., Amended Merger Severance Pay Plan, Defendant–Appellee.

No. 00–56989.
D.C. No. CV 00–00466 VAP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 3, 2001.

Decided Jan. 22, 2002.

Before PREGERSON, TASHIMA and BERZON, Circuit Judges.

MEMORANDUM *

We affirm the district court's grant of defendant's motion for summary judgment for the reasons set forth in that court's order dated October 26, 2000. Were we to review the plan's decision *de novo*, we would reach the same result on the merits as the district court reached applying an abuse of discretion standard.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.